UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIOFUELS OPERATING COMPANY, LLC, | 07 CIV 8712 |
| Plaintiff, | |
| v. | CIVIL ACTION NO. _____ |
| PARSONS & WHITTEMORE ENTERPRISES CORPORATION, | |
| Defendant. | |

### CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF BIOFUELS OPERATING COMPANY, LLC

Plaintiff BioFuels Operating Company, LLC ("BioFuels") submits this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1. BioFuels is wholly owned by BioOils, LLC, which is wholly owned by Red Sky, LP ("Red Sky"). The general partner of Red Sky is VK Services, LLC, and the limited partner is KFT Trust. No publicly held corporation owns 10% or more of BioFuels' stock.

Respectfully submitted,

BIOFUELS OPERATING COMPANY, LLC,

By its attorneys,

*Of counsel:*

Richard A. Johnston
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

David W. Bowker (DB-3029)
David M. Burkoff (DB-9258)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800

Dated: October 9, 2007

FILED U.S. DISTRICT COURT 2007 OCT -9 PM 3:54 S.D. OF N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____