AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

BIOFUELS OPERATING COMPANY, LLC,

    Plaintiff,

v.

PARSONS & WHITTEMORE ENTERPRISES CORPORATION,

    Defendant.

**APPEARANCE**

Case Number: 07 Civ. 8712 (KMK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

defendant, Parsons & Whittemore Enterprises Corporation.

The undersigned hereby requests that all papers in the above-referenced action be served upon Barbara Moses, of Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C., at the following e-mail address: bmoses@maglaw.com.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/31/2007 | *[signature]* |
| Date | Signature |
| | Barbara Moses     BM-2952 |
| | Print Name     Bar Number |
| | 565 Fifth Avenue |
| | Address |
| | New York    NY    10017 |
| | City    State    Zip Code |
| | (212) 856-9600    (212) 856-9494 |
| | Phone Number    Fax Number |