AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

BIOFUELS OPERATING COMPANY, LLC,

    Plaintiff,

v.

PARSONS & WHITTEMORE ENTERPRISES CORPORATION,

    Defendant.

**APPEARANCE**

Case Number: 07 Civ. 8712 (KMK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

defendant, Parsons & Whittemore Enterprises Corporation.

The undersigned hereby requests that all papers in the above-referenced action be served upon Edward M. Spiro, of Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C., at the following e-mail address: espiro@maglaw.com.

I certify that I am admitted to practice in this court.

| 10/31/2007 | *[signature]* |
|---|---|
| Date | Signature |

| Edward M. Spiro | ES-1206 |
|---|---|
| Print Name | Bar Number |

565 Fifth Avenue
Address

| New York | NY | 10017 |
|---|---|---|
| City | State | Zip Code |

| (212) 856-9600 | (212) 856-9494 |
|---|---|
| Phone Number | Fax Number |