UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIOFUELS OPERATING COMPANY, LLC,

    Plaintiff,

v.

PARSONS & WHITTEMORE ENTERPRISES CORPORATION,

    Defendant.

07 Civ. 8712 (KMK)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

### ORDER

Pursuant to the agreement reached among counsel in open court on November 7, 2007, defendant Parsons & Whittemore Enterprises Corporation ("P&W") shall have an additional thirty (30) days, through and including December 24, 2007, to answer or otherwise respond to the Complaint in the above captioned action.

Honorable Kenneth M. Karas
UNITED STATES DISTRICT JUDGE