**MEMO ENDORSED**

## MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO
LAWRENCE S. BADER
BARRY A. BOHRER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
STEPHEN M. JURIS
ROBERT G. MORVILLO
BARBARA MOSES*
JODI MISHER PEIKIN
JONATHAN S. BACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
JOHN J. TIGUE, JR
CYRUS R. VANCE, JR
RICHARD D. WEINBERG

COUNSEL
CHRISTOPHER J. MORVILLO
E SCOTT MORVILLO
GREGORY MORVILLO

*ALSO ADMITTED IN CALIFORNIA AND D.C.
**ALSO ADMITTED IN CONNECTICUT

MICHAEL C. SILBERBERG
1940-2002

565 FIFTH AVENUE
NEW YORK, N.Y. 10017

TELEPHONE
(212) 856-9600

www.maglaw.com

FACSIMILE
(212) 856-9494

WRITER'S DIRECT DIAL

(212) 880-9540
bmoses@maglaw.com

JENNIFER L. ACHILLES
DAVID C. AUSTIN
LAWRENCE M. BARNES-
BENJAMIN G. FISCHER
ELIZABETH HAINES
JAMES V. HAYES****
RACHEL HEMANI
TIMOTHY H. HUDSON**
RENÉE L. JARUSINSKY
JASMINE JUTEAU
THOMAS M. KEANE
RACHEL M. KORENBLAT
KRISTY WATSON MILKOV
ELLEN M. MURPHY
SARAH J. NORTH
CLAUDIO R. OCHOA***
JANEY ROUNTREE****
ASHLEY E. RUPP
ANDREW J. SCHELL
E. SCOTT SCHIRICK
MARYANNE SEXTON
KATHRYN H. SPOTA
DAVID STANKIEWICZ
JERROLD L. STEIGMAN
JAMES R. STOVALL
BARBARA L. TRENCHER
AMY M. TULLY
KEFIRA R. WILDERMAN

*ALSO ADMITTED IN N.J.
**ADMISSION PENDING
***ALSO ADMITTED IN WASHINGTON D.C.
****ADMITTED IN ILLINOIS ONLY
*ALSO ADMITTED IN MASSACHUSETTS

December 17, 2007

DEC 17 2007

### VIA FAX

Hon. Kenneth M. Karas
United States District Judge
United States District Court
 for the Southern District of New York
300 Quarropas Street, Room 533
White Plains, NY 10601

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re:   *Biofuels Operating Company, LLC v. Parsons & Whittemore Enterprises Corp.*, No. 07 Civ. 8712 (KMK)

Dear Judge Karas:

As Your Honor is aware, the parties to this action are also parties to a related action in the United States District Court for the Southern District of Alabama, where Parsons & Whittemore Enterprises Corporation ("P&W") made a preliminary injunction motion and Biofuels Operating Company, LLC ("Biofuels") made a transfer motion. Judge Granade held a seven-day hearing last month, but has not yet ruled on either motion. In light of these facts, P&W respectfully requests an additional 30-day extension of its time to answer or otherwise respond to the complaint in the above-captioned action.

Counsel for Biofuels has consented to this extension, and a proposed order is enclosed.

Respectfully yours,

Barbara Moses (ca)

Barbara Moses

Granted.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

cc:   David Bowker, Esq. (via Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIOFUELS OPERATING COMPANY, LLC,

    Plaintiff,

v.

PARSONS & WHITTEMORE ENTERPRISES
CORPORATION,

    Defendant.

07 Civ. 8712 (KMK)

### ORDER

Pursuant to the agreement reached among counsel on December 14, 2007, defendant Parsons & Whittemore Enterprises Corporation shall have an additional thirty (30) days, through and including January 23, 2007, to answer or otherwise respond to the Complaint in the above captioned action.

                                                              Honorable Kenneth M. Karas
                                                             UNITED STATES DISTRICT JUDGE