UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIOFUELS OPERATING COMPANY, LLC,

      Plaintiff,

v.

PARSONS & WHITTEMORE ENTERPRISES
CORPORATION,

      Defendant.

07 Civ. 8712 (KMK)

### ORDER

Pursuant to the agreement reached among counsel on January 16, 2008, defendant Parsons & Whittemore Enterprises Corporation ("P&W") shall have an additional thirty (30) days, through and including February 22, 2008, to answer or otherwise respond to the Complaint in the above captioned action.

Honorable Kenneth M. Karas
UNITED STATES DISTRICT JUDGE

1/17/08

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```