UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIOFUELS OPERATING COMPANY, LLC, )<br>)<br>Plaintiff,           )<br>)<br>v.                      )<br>)<br>PARSONS & WHITTEMORE )<br>ENTERPRISE CORPORATION, )<br>)<br>Defendant.        )<br>_____) | No. 07-CIV-8712 |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff BioFuels Operating Company, LLC hereby voluntarily dismisses this action without prejudice. This notice is filed pursuant to Fed. R. Civ. P. 41(a)(1)(i), as Parsons & Whittemore Enterprise Corporation, the adverse party in this matter, has not served an answer or motion for summary judgment.

Respectfully submitted,

BIOFUELS OPERATING COMPANY, LLC,

By its attorneys,

*Of counsel:*

Richard A. Johnston
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: February 8, 2008

s/ David M. Burkoff
David W. Bowker (DB-3029)
David M. Burkoff (DB-9258)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800

USIDOCS 6548521v1

SO ORDERED

KENNETH M. KARAS U.S.D.J.
6/17/08